UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

September 6, 2000

Memo to Counsel Re: Thomas Palenchar v. Hal Shields
 Civil No. JFM-00-2337

Dear Mr. Palenchar and Mr. Breads:

This will confirm the schedule set during the conference held last Friday.

| Date | Deadline |
|---|---|
| October 20, 2000 | Discovery deadline |
| November 10, 2000 | Deadline for defendant to file motion for summary judgment |
| December 8, 2000 | Deadline for plaintiff to file opposition |
| December 15, 2000 | Deadline for defendant to file reply |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File